# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONELL TUNIORS

VERSUS

AMERICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION GROUP,
INC., BUDGET TRUCK RENTAL, LLC,
AND JERALD DWAYNE STEWART

CONSOLIDATED WITH

ZURICH AMERICA INSURANCE
COMPANY, AS SUBROGEE OF
KLEINPETER FARMS DAIRY, LLC

VERSUS

AMERICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION GROUP,
INC., BUDGET TRUCK RENTAL, LLC,
JERALD DEWAYNE STEWARD, ALEXIS
GROUP LOGISTICS CO., AND J.W.
LOGISTICS, LLC

NO. 2026 CW 0049

**JUNE 1, 2026**

---

In Re:   American Transportation Group Insurance Risk Retention
         Group, Inc. ("ATG"), J.W. Logistics Operations, LLC,
         Alexis Group Logistics Company, and Amazon Logistics,
         Inc., applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No. 707051
         c/w 708796.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.